# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 22-13439 |
| Sheila Cramer Moore | ) | |
| | ) | Judge Jacqueline P. Cox |
| | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | |

## NOTICE OF MOTION

To:

    Chapter 7 Trustee, Frances Gecker, 1327 W. Washington Blvd, Suite 5G-H, Chicago, IL 60607, via electronic court notification;

    Patrick S. Layng, Office of the US Trustee, Region 11, 219 S. Dearborn St., Room 873, Chicago, IL 60604, via electronic court notification;

    Jason Grubb, CEO of Exeter Finance, 2701 E. Grauwyler Rd. Building 1, Irving, TX 75061, via Certified Mail;

    Illinois Corporation Service, Registered Agent for Exeter Finance, 801 Adali Stevenson Drive, Springfield, IL 62703, via Certified Mail;

    Sheila Cramer Moore, 1649 E. 50th St., 21A, Chicago, IL 60615, via US Mail;

    See attached Service List.

    PLEASE TAKE NOTICE that on December 6, 2022, at 1:00 p.m., I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in that judge's place, either in courtroom 680 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, or electronically as described below, and present the motion of Debtor to Modify Plan, a copy of which is attached.

    **This motion will be presented and heard electronically using Zoom for Government**. No personal appearance at the courthouse is necessary or permitted. To appear and be heard on the motion, you must do the following:

    **To appear by video**, use this link: https://www.zoomgov.com/join. Then enter the meeting ID and passcode.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 161 273 2896 and the passcode is 778135. The meeting ID and passcode can also be found on Judge's webpage on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing

## PROOF OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 8707 Skokie Blvd., Suite 312, Skokie, IL 60077 on November 29, 2022, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ David Freydin
Attorney for Debtor
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, Illinois 60077
847.972.6157

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 22-13439<br>Northern District of Illinois<br>Eastern Division<br>Tue Nov 29 15:39:13 CST 2022 | Exeter Finance LLC c/o AIS Portfolio Servic<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| American First Finance<br>Attn: Bankruptcy<br>Po Box 565848<br>Dallas, TX 75356-5848 | Bank of America<br>100 N. Tryon St.<br>Charlotte, NC 28202-4031 | (p)CMRE FINANCIAL SERVICES INC<br>3075 E IMPERIAL HWY STE 200<br>BREA CA 92821-6753 |
| Credit Collection Services<br>Attn: Bankruptcy<br>725 Canton St<br>Norwood, MA 02062-2679 | Dept of Ed/Nelnet<br>Attn: Bankruptcy Claims/Nelnet<br>Po Box 82505<br>Lincoln, NE 68501-2505 | ECMC<br>Attn: Bankruptcy<br>P.O. Box 16408<br>St. Paul, MN 55116-0408 |
| Exeter Finance LLC<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Exeter Finance LLC<br>Attn: Bankruptcy<br>Po Box 166008<br>Irving, TX 75016-6008 | (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 |
| Illinois Tollway<br>2700 Ogden Ave.<br>Downers Grove, IL 60515-1703 | Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | Navient<br>Attn: Bankruptcy<br>Po Box 9500<br>Wilkes-Barre, PA 18773-9500 |
| Nelnet<br>Attn: Bankruptcy Claims<br>Po Box 82505<br>Lincoln, NE 68501-2505 | OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 | Opportunity Financial, LLC<br>130 East Randolph Street<br>Suite 3400<br>Chicago, IL 60601-6379 |
| PLS<br>1431 W. 127th St.<br>Calumet Park, IL 60827-6019 | RISE Credit<br>Attn: Bankruptcy<br>Po Box 101808<br>Fort Worth, TX 76185-1808 | David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2281 |
| (p)FRANCES GECKER<br>1327 W WASHINGTON BOULEVARD<br>SUITE 5G-H<br>CHICAGO IL 60607-1912 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Shelia Cramer Moore<br>6046 Sunflower Dr.<br>Matteson, IL 60443-1414 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CMRE Financial Services<br>Attn: Bankruptcy<br>3075 E Imperial Hwy Suite 200<br>Brea, CA 92821 | Fifth Third Bank<br>5050 Kingsley Drive<br>Cincinnati, OH 45263 | Frances Gecker<br>1327 W. Washington Boulevard<br>Suite 5G-H<br>Chicago, IL 60607 |

```
End of Label Matrix
Mailable recipients    23
Bypassed recipients     0
Total                  23
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 22-13439 |
| Sheila Cramer Moore ) | |
| ) | Judge Jacqueline P. Cox |
| ) | |
| ) | Chapter 7 |
| ) | |
| Debtor(s) ) | |

**DEBTOR'S MOTION TO REDEEM AUTOMOBILE PURSUANT TO SECTION 722**

NOW COMES the Debtor, Shelia Cramer Moore, by and through her attorneys, Law Offices of David Freydin, and moves this Honorable Court to enter an order allowing her to redeem her 2011 Nissan Rogue and states as follows:

1. That the Debtor filed a voluntary petition for relief pursuant to Chapter 7, Title 11 of the United States code on November 18, 2022.

2. That Section 722 states that the Debtor may redeem a secured debt by paying the holder of the secured claim the amount of their allowed secured claim.

3. That the Debtor desires to exercise her right to redeem her 2011 Nissan Rogue currently financed by Exeter Finance, under Title 11, Section 722 of the United States Code.

4. That Debtor is basing the value of the 2011 Nissan Rogue at $2,500.00, based on publicly available car appraisal websites and knowledge of the condition of the vehicle  .

5. Therefore, the Debtor requests this Honorable Court enter an order allowing her to redeem the 2011 Nissan Rogue for $2,500.00.

WHEREFORE, Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an order permitting the Debtor to redeem the 2011 Nissan Rogue for $2,500.00.

B. That this Honorable Court enter an order instructing Exeter Finance to deliver title to the 2011 Nissan Rogue to Debtor upon payment.

C. That this Honorable Court orders any further relief as the Court may deem fair and proper.

Respectfully Submitted,

/s/ David Freydin
Attorney for Debtor
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, Illinois 60077
847.972.6157