Form G5 (20210922_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 22-13439 |
| | ) | |
| SHELIA CRAMER MOORE | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Jacqueline Cox |
| | ) | SELECT IF OUTLYING AREA |
| Debtor(s) | ) | |

## AGREED ORDER ON DEBTOR'S MOTION TO REDEEM VEHICLE

This matter coming before the Court on the Motion of Shelia Cramer Moore ("Debtor") to Redeem Vehicle and the Objection of EXETER FINANCE LLC ("Exeter") thereto, counsel for the parties being in agreement,

IT IS ORDERED:

1. Debtor's Motion to Redeem is granted subject to the terms and conditions of this Order;

2. Debtor, or his/her representative, shall tender payment in certified funds in the amount of $4,000.00 to Exeter on or before February 16, 2023, and said sum shall satisfy any and all remaining funds due to Exeter pursuant to the Retail Installment Contract executed by Debtor on May 1, 2015 for the 2011 Nissan Rogue motor vehicle bearing a Vehicle Identification Number of JN8AS5MT4BW153985 (the "Vehicle");

3. If Debtor fails to remit payment to Exeter in the sum, time, and manner set forth in Paragraph 2 herein, such failure will constitute a default by Debtor of the provisions of this Order and Exeter will have the right to pursue its in rem nonbankruptcy remedies with respect to the Vehicle without having to seek leave of Court to modify the automatic stay in these proceedings. Any and all other remedies available to Exeter including, but not limited to, collection of any deficiency balance shall require further order of this Court.

AGREED:

/s/ Dustin B. Allen
on behalf of Debtor, Shelia Cramer Moore

/s/ Cari A. Kauffman
on behalf of Exeter Finance LLC

Enter: *Jacqueline P. Cox*
J.P.Cox
United States Bankruptcy Judge

Dated: 1-13-23

**Prepared by:**
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700

Form G5 (20210922_bko)

Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)